IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE IBEW LOCAL UNION NO. 82 HEALTH AND WELFARE FUND, *et al.*, | * * * | CASE NO. 3:17-CV-163 |
| Plaintiffs, | * | JUDGE WALTER H. RICE |
| v. | * | ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| TRIAD ELECTRICAL CONTRACTING, INC. | * | |
| Defendant. | * | |

WHEREAS, Plaintiffs Trustees of the IBEW Local Union No. 82 Health and Welfare Fund, Trustees of the IBEW Local 82 Pension Plan, Trustees of the IBEW Local 82 Defined Contributions Plan, and Trustees of the National Electrical Benefit Fund filed their Complaint on May 9, 2017;

WHEREAS, Defendant failed to file a timely answer or otherwise plead;

WHEREAS, the Clerk of this Court issued an Entry of Default on August 10, 2017;

NOW THEREFORE, upon motion of Plaintiffs and for good cause shown, a default judgment is hereby entered against Defendant in accordance with the Motion for Default Judgment and exhibits thereto; and

**IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** on behalf of Plaintiffs and against Defendant in the amount of $73,388.33, representing unpaid contributions, liquidated damages, interest to date, audit costs, and attorney's fees and costs.

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to ongoing interest at the rate of 1% per month until paid in full on the unpaid contributions to the IBEW 82 Funds and ongoing interest at the rate of 10% per annum until paid in full on the unpaid contributions owed

1

to NEBF, along with any additional attorney's fees and costs incurred in collecting the judgment amount.

ENTERED:

By: _____
UNITED STATES DISTRICT JUDGE

Dated: _____
8-14-17

Prepared by the Attorney for Plaintiff:

Paul E. Stoehr (0096213)
Ledbetter Parisi LLC
9240 Marketplace Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)